BRADFORD APPLEGATE, Appellant, v STATE OF NEW YORK, Respondent.

Decided September 12, 2013

Appeal dismissed, without costs, by the Court of Appeals, sua sponte, upon the ground that the order appealed from does not finally determine the action within the meaning of the Constitution.

In the Matter of BARBARA N., Appellant. ROBERT DOAR, Respondent.

Submitted July 8, 2013; decided September 12, 2013

Motion for leave to appeal dismissed as untimely (*see* CPLR 5513 [b]; 5514 [c]).

In the Matter of the Claim of SHARON K. BLAND, Appellant, v GELLMAN, BRYDGES & SCHROFF et al., Respondents. WORKERS' COMPENSATION BOARD, Respondent. (And Another Proceeding.)

Submitted April 1, 2013; decided September 12, 2013

Motion for reargument of motion for leave to appeal denied [*see* 20 NY3d 1055 (2013)].

Judge ABDUS-SALAAM taking no part.

MICHAEL BUXBAUM, Appellant, v NADINE CASTRO, Respondent.

Decided September 12, 2013

Appeal dismissed, without costs, by the Court of Appeals, sua sponte, upon the ground that no substantial constitutional question is directly involved.